THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MULTICARE HEALTH SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>OPTUM, INC.; CHANGE HEALTHCARE TECHNOLOGY ENABLED SERVICES, LLC,<br><br>Defendants. | Case No. 2:26-cv-00303-JNW<br><br>**STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS**<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 8, 2026 |

Pursuant to Local Rules W.D. Wash. LCR 10(g), the Parties respectfully move the Court to stay all proceedings in this matter—including the deadlines previously ordered, *see* Dkt. 12—for a period of ninety days. The Parties are currently engaged in a good-faith effort to resolve this matter informally, and a stay will allow those negotiations to proceed without requiring the expenditure of judicial resources in the meantime. *See* Fed. R. Civ. P. 6(b)(1) (courts may extend deadlines "for good cause"); *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (explaining that "'[g]ood cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts" and concluding that district court abused its discretion in denying extension where "the record [wa]s devoid of any indication either that [movant's] counsel acted in bad faith or that an extension of time would prejudice" other parties).



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Within ninety days of the Court's ruling on this stipulated motion, the Parties will jointly file either a further update on settlement negotiations (and, if necessary, an additional stay request) or a status report proposing a revised trial date and related deadlines.

* * *

The undersigned certify that this stipulated motion contains 418 words, in compliance with the Local Civil Rules.

Dated: September 8, 2026

By: *s/ David B. Robbins*

David B. Robbins, WSBA No. 13628
Jonathan P. Hawley, WSBA No. 56297
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
David.Robbins@ashurstperkins.com
Jonathan.Hawley@ashurstperkins.com

*Counsel for Plaintiff*
*MultiCare Health System*

By: *s/ Aaron Schaer*

Barbara J. Duffy, WSBA No. 18885
Aaron Schaer, WSBA No. 52122
Dailey Koga, WSBA No. 58683
**BALLARD SPAHR LLP**
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
Telephone: 206.223.7000
Facsimile: 206.223.7107
duffyb@ballardspahr.com
schaera@ballardspahr.com
kogad@ballardspahr.com

*Counsel for Defendants Optum Inc. and*
*Change Healthcare Technology Enable*
*Services, LLC*

**ORDER**

Good cause having been shown, the Parties' stipulated motion to stay proceedings is **GRANTED**. Within ninety days of entry of this order, the Parties shall jointly file either a further update on settlement negotiations or a status report proposing a revised trial date and related deadlines.

**IT IS SO ORDERED.**

Dated this 15th day of September, 2026.



UNITED STATES DISTRICT JUDGE



**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000